# COMPLAINT FORM
(for non-prisoner filers without lawyers)

FILED
JUN 04 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

(Full name of plaintiff(s))

Vicki Vernise Williford

vs

Case Number: 1:18-cv-1679 JMS-DML
(to be supplied by clerk of court)

(Full name of defendant(s)) Amazon Fulfillment
Aron, Ryan, Amanda, Whitney, Tiffany

A. PARTIES

1. Plaintiff is a citizen of United States and resides at
   (State)
   604 East 38th St Indianapolis Indy 46205
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant _____
                                    (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

My name is Vicki Vernise Williford. I am originally from, SC, Greenville, SC. I filled out an apt on line and was given a appointment to file for a job at Amazon. I was hired by Amazon on September 27, 2017 as a Packer. My Supervisors were Whitney (LNU) and Tiffany (LNU) Managers. On November 9, 2017 I was working on line when Ms. Whitney (approximate age 25) approached me. Ms Whitney asked me to take a Box and Fix it. I did not know what she meant so I asked Ms. Whitney what she meant what she wanted me to do? At that point Ms. Whitney pushed me out of

the way, yelled at me and started retaping the box. I felt very humiliated by her actions. The next day, I reported the incedent to Amanda (LNU) of Human Resources. A few days later Ms. Whitney Ms. Whitney moved, Destiny McGee,) my daughter (an employee) from her workstation that was right next to me, to another station where the machines were not working properly. I as well begin having problems with my worker station some of the equiptment was not functioning properly. I also put a verbal complaint to Aron (approx age 27), General Manager about being harrassed by Ms. Whitney. Management failed to take appropriate action and Ms. Whitney continued harrassing me. On Nov. 16 I was taken from my job and into an office where Amanda & Loss Prevention Questioned me severly, saying i threatend Ms. Whitney. I was very surprised i told them it was not true, they begin asking was i going to keep escalating the situation, and said they would not tolarate it.

C.   JURISDICTION   And on Nov 16 I was suspended asked to turn in my badge I left premises. Later that day I was Terminated. Via Phone.

over→

I Believe, that I have been discriminated against. Because of my race, (Black) in Violation of Title VII of the Civil Rights Act. 1964, as amended. I Believe that I have been retaliated ~~against~~ against for complaining about harrassment in the Workplace — in Violation of Title VII of the Civil Rights Act of 1964 as amended. I believe that I have Been discriminated against Because of my Age, 53, in Violation of The Age Discrimination in Employment Act ADEA.

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Up hold, the promises they Made to not Harass and. Treat Fairly. With a Workplace thats Fair, i Was Fired Un Justly and i Want my Money i Would have Made ~~and~~, had i kept my Job,

Thank You,

E. JURY DEMAND

[✓] Jury Demand – I want a jury to hear my case

OR

[ ] Court Trial – I want a judge to hear my case

Dated this __6__ day of __4__ 20_18_.

Respectfully Submitted,

__Vicki Vernise Williford__
Signature of Plaintiff

__706-713-7683 or. 217-963-0233__
Plaintiff's Telephone Number

__N/A__
Plaintiff's Email Address

__604 East 38th St. Indianapolis Indiana 46205__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

[✓] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.